STATE OF NEW JERSEY v. BASIL WILLIAM VESPE.

February 23, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ALBERT E. YOUNG.

February 23, 1988.

Petition for certification denied.

IN THE MATTER OF THE TRENTON COMPLEX HIGHWAY
PROJECT (WATERFRONT DEVELOPMENT # 84–0021–1
AND WETLANDS TYPE "B" PERMIT # 84–0030–2).

BORDENTOWN WATERFRONT PRESERVATION SOCIETY, NEW
JERSEY CONSERVATION FOUNDATION, NEW JERSEY AU-
DOBON SOCIETY, AMERICAN LITTORAL SOCIETY, AND
THE ENVIRONMENTAL DEFENSE FUND INC. v. THE NEW
JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION.

February 23, 1988.

Petition for certification denied.

KEVIN M. SWEENEY v. EAGLE ROCK VILLAGE.

February 23, 1988.

Petition for certification denied.